UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILE NO.: 5:18-cr-196-2FL

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **ORDER ON MOTION TO SEAL** |
| ) | |
| ) | |
| MARKEST FOYE, ) | |
| ) | |
| Defendant. ) | |

FOR GOOD CAUSE SHOWN, the Defendant's Sentencing Memorandum filed on behalf of the Defendant on August 2, 2019 is hereby placed under seal.

On this 5th day of August, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge